IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY SASSO,<br><br>    Defendant.<br>                                        / | No. CR 02-0046 WHA<br><br>**REQUEST FOR GOVERNMENT AND PROBATION RESPONSE** |

Defendant Anthony Sasso has filed a pro se motion for early termination of his supervised release. The government and the probation department are requested to respond by **FEBRUARY 11, 2016.**

Dated: January 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE