IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-0046 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PRO SE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| ANTHONY SASSO, | |
| Defendant. / | |

Offender Anthony Sasso has filed a motion, pro se, for early termination of his supervised release. In January 2004, the offender pled guilty to conspiracy to manufacture marijuana and conspiracy to launder monetary instruments. He was sentenced to 168 months in custody to be followed by five years of supervised release. The offender commenced supervision in March 2014. The government and probation oppose the offender's request.

Early termination of supervised release is governed by 18 U.S.C. 3583(e). That statute directs the district court to consider the factors set forth in 18 U.S.C. 3553(a), which "include the nature and circumstances of the offense, the need for deterrence, the need to protect the public, the need to provide defendant with training or medical care, and the relevant provisions of the Sentencing Guidelines." *United States v. Gross*, 307 F.3d 1043, 1044 (9th Cir. 2002).

Here, all reports indicate that the offender has performed well on supervision. He has had no violations and has complied with all of his conditions. Importantly, the offender maintains a full-time job as a construction worker. He has, however, only completed 23 months

of his 60 month term of supervised release. While the Court applauds the offender's success on supervision, it is simply too early to terminate supervised release at this point. As outlined in probation's response, supervision is clearly working.

It is important to encourage and incentivize exemplary performance on supervised release. Thus, if the offender continues to perform well, and maintains full-time employment, the Court will consider a renewed motion for early termination once the offender has completed 42 months of supervised release. For now, however, the offender's motion for early termination is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2