BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

BARBARA J. VALLIERE (DC 439353)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249
    FAX: (415) 436-7234
    Email:  andrew.scoble@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 02-0046 WHA |
|     Plaintiff, | ) |
| v. | ) UNITED STATES' RESPONSE TO DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| ANTHONY LOUIS SASSO, | ) |
|     Defendant. | ) |

       The defendant has filed a second motion for early termination of his supervised release. Dkt. 253. This follows his first such motion, filed on January 27, 2016. Dkt. No. 248. Like his first motion, defendant's second motion is premature.

       As the Court will recall, by Order entered on February 17, 2016, the Court denied defendant's first motion as premature. However, the Court ruled that:

> if the offender continues to perform well, and maintains full-time employment, *the Court will consider a renewed motion for early termination once the offender has completed 42 months of supervised release*. For now, however, the offender's motion for early termination is DENIED.

Dkt. No. 251, at 2 (emphasis supplied).

1  Undersigned counsel has reviewed the February 16, 2017 letter of United States Probation
2  Officer Constance M. Cook, and concurs with her evaluation of the case. If the defendant continues his
3  current record of compliance with all terms and conditions of supervised release, the United States has
4  no objection to early termination of his supervised release **after the full 42 months referenced in the**
5  **Court's February 17, 2016 Order** have been served. That would be September 28, 2017 (42 months
6  from the March 28, 2014 commencement of supervised release).

8  DATED: February 17, 2017            BRIAN J. STRETCH
                                       United States Attorney

                                              /s/
                                   By:
                                       ANDREW M. SCOBLE
                                       Assistant United States Attorney

GOVT. RESP.  TO SECOND MOT. FOR EARLY TERM.                                              2
CR 02-0046 WHA