IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY SASSO,<br><br>    Defendant.<br>                                  / | No. CR 02-0046 WHA<br><br>**ORDER DENYING PRO SE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

In February 2016, the undersigned judge advised Offender Anthony Sasso that if he continued to perform well and maintain full-time employment, the Court would consider a renewed motion for early termination after Sasso completed 42 months of supervised release. Sasso now files a premature request for early termination after having completed 36 months of supervised release. Sasso's request is **DENIED**. A hearing on his motion for early termination is set for **AUGUST 1 AT 2:00 P.M.** in Courtroom 8 on the 19th floor of the Phillip Burton Courthouse at 450 Golden Gate Ave, San Francisco. Probation is requested at the hearing.

Further, to the extent earlier orders stated that Sasso began his supervised release in March 2014, they were mistaken. Sasso's supervised release began on February 7, 2014.

**IT IS SO ORDERED.**

Dated: June 6, 2017.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE