IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANTHONY SASSO,

    Defendant.

No. C 02-00046 WHA

**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**

    For the reasons stated on the record, Anthony Sasso's motion for early termination of supervised release is hereby **GRANTED**. Effective August 1, 2017, Sasso's supervised release is **TERMINATED** in its entirety and Sasso is discharged from supervision.

    **IT IS SO ORDERED.**

Dated: August 2, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE